**John W. FISHBACK, Plaintiff–
Appellant,**

v.

**Bobby P. SHEARIN, Warden; Richard J. Graham, Jr., Asst. Warden; Gary D. Maynard, Secretary of Public Safety and Correctional Services; Unknown Employees, Former Employees, Contractors and Former Contractors of the North Branch Correctional Institution and Roxbury Correctional Institution, Defendants–Appellees,**

and

**John A. Rowley, Defendant.**

John W. Fishback, Plaintiff–Appellant,

v.

Bobby P. Shearin, Warden; Richard J. Graham, Jr., Asst. Warden; Gary D. Maynard, Secretary of Public Safety and Correctional Services; Unknown Employees, Former Employees, Contractors and Former Contractors of the North Branch Correctional Institution and Roxbury Correctional Institution, Defendants–Appellees,

and

John A. Rowley, Defendant.

Nos. 12–6834, 12–7137.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 25, 2012.

Decided: Nov. 8, 2012.

John W. Fishback, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John W. Fishback appeals the district court's orders denying his motions and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Fishback v. Shearin, No. 1:11–cv–00612–JFM (D.Md. June 15, 2012; Apr. 3, 2012). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*